EDWARDS ANGELL PALMER & DODGE LLP
Roy J. McEvoy (RM-1327)
Attorneys for Defendants
750 Lexington Avenue
New York, New York 10022
212.308.4411

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/11/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARC D. SIEGEL,

                Plaintiff,

    -against-

PITNEY BOWES, INC.; ROBERT KELLY, MANAGER PITNEY BOWES; EDWARD RODRIGUEZ, SUPERVISOR PITNEY BOWES; PHIL WEED, MANAGEMENT SUPERVISOR PITNEY BOWES; and BRIAN ROLAND, HUMAN RESOURCES PITNEY BOWES;

                Defendants.

08 Civ. 5424 (DLC)

**STIPULATION AND ORDER**

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties hereto, that the time for Defendants to answer, move or otherwise

respond to Plaintiff's Complaint has been extended from July 10, 2008, to and including August 10, 2008.

Dated: New York, New York
July 8, 2008

LAW OFFICE OF
ANDREW J. SCHATKIN

By: _____
Andrew J. Schatkin
Attorney for Plaintiff
350 Jericho Turnpike
Jericho, New York 11753
516.712.8120

EDWARDS ANGELL
PALMER & DODGE LLP

By: _Rory McEvoy /ka_
Rory J. McEvoy
Attorneys for Defendants
750 Lexington Avenue
New York, New York 10022
212.308.4411

SO ORDERED:

_____
U.S.D.J.

Dated: July 11, 2008