Edwards, Angell, Palmer & Dodge LLP
Rory J. McEvoy (RM 1327)
John G. Stretton (JS 1051)
Attorneys for Defendant
750 Lexington Avenue
New York, NY 10022
(212) 308-4411

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MARC D. SIEGEL,

                        Plaintiff,

     - against -

PITNEY BOWES INC., et al.,

                      Defendants.
-----------------------------------------------------------X

08 CIV. 5424 (DC)

**DEFENDANT'S RULE 7.1
DISCLOSURE STATEMENT**

     Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Pitney Bowes, Inc. certifies that Pitney Bowes, Inc. has no corporate parent and no publicly held corporation owns 10% or more of its stock.

Date:   August 11, 2008
           New York, New York

                                     THE DEFENDANT,
                                     PITNEY BOWES, INC.,

                                     _Rory McEvoy /sa_
                                     Rory J. McEvoy (RM 1327)
                                     John G. Stretton (JS 1051)
                                     Edwards, Angell, Palmer & Dodge LLP
                                     750 Lexington Avenue
                                     New York, NY 10022
                                     (212) 308-4411

EDWARDS ANGELL PALMER & DODGE LLP
Rory J. McEvoy (RM 1327)
John G. Stretton (JS 1051)
Attorneys for Defendants
750 Lexington Avenue
New York, New York 10022
212.308.4411

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

MARK D. SIEGEL,

                              Plaintiff,

              -against-

PITNEY BOWES, INC., et al.,

                              Defendants.

Index No.: 112884/07

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                                : ss.:
COUNTY OF NEW YORK  )

Jean McLoughlin, being duly sworn, deposes and states that she is over the age of 18, is not a party to this action, and on the 11th of August 2008, she caused a true copy of the foregoing RULE 7.1 DISCLOSURE STATEMENT with accompanying affidavit and exhibit to be served upon:

                        Andrew J. Schatkin, Esq.
                        Attorney for Plaintiff
                        350 Jericho Turnpike
                        Jericho, New York 11753

by depositing a true copy of said document enclosed in prepaid, sealed wrapper, properly addressed to the above-named party, in an official depository under the exclusive care and custody of the United States Postal Service, first class mail, within the State of New York.

                                                                Jean McLoughlin

Sworn to before me this
11th day of August 2008

_____
Notary Public

JULIA RABINOVICH
Notary Public, State of New York
No. 01RA6181248
Qualified in New York County
Commission Expires Jan. 28, 2012