

Law Offices
### Andrew J. Schatkin
350 Jericho Turnpike
Jericho, New York 11753
Tel: (516) 932-8120
Fax: (516) 465-7068

Tel: (718) 229-2761
Fax: (718) 279-7247
Cell: (917) 774-7457

E-mail: schatkin@yahoo.com
andrew@schatkin.com
Website: www.schatkin.com

**MEMO ENDORSED**

August 18, 2008

Re: Siegel v. Pitney Bowes, et. al.
08 Civ. 5424 (DC)

Honorable Denise L. Cote
United States District Court Judge
United States District Court
Southern District of New York

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-3-08
```

Dear Judge Cote:

I am the attorney for the plaintiff, Marc Siegel, in the above matter. An initial Conference has been set and ordered by Your Honor for September 5, 2008 at 12:30 p.m. in courtroom 11B, 500 Pearl Street, New York, NY 10007. A problem has arisen, which I ask and seek the Court's understanding. I have planned a vacation to Europe August 31, 2008 to September 12, 2008. Air tickets have been purchased and accommodations have been planned in Rome, Italy. It presents great difficulty, therefore, for me to be present at this Conference on September 5, 2008. Therefore, I have spoken to my adversary, and he consents to a postponement of this matter to the latter part of September or the beginning of October of 2008, with Your Honor's permission, if granted. Therefore, I would respectfully request that the Court will adjourn this Conference to September 24, 26, or the week of September 29. I thank the Court for its understanding of this application, and note again that I have the consent of my adversary Mr. McEvoy to this request.

Respectfully,

Andrew J. Schatkin

*Conference is adjourned to September 26 at 9:00 am.*

*[signature]*
*Sept. 3, 2008*

cc: Mr. McEvoy